1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | ALBERT HEINICKE,

Case No. 1:15-cv-01767 LJO DLB PC

12 |             Plaintiff,

ORDER DISREGARDING PLAINTIFF'S
MOTION TO FILE ACTION WITHOUT
PAYMENT OF FILING FEE

13 |    v.

14 | MEDICAL SERVICES,

(Document 9)

15 |          Defendant.

16

17       Plaintiff Albert Heinicke ("Plaintiff") is a prisoner proceeding pro se in this action filed

18 pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on November 23, 2015.

19       By separate order, Plaintiff's application to proceed in forma pauperis was granted.

20       On December 9, 2015, Plaintiff filed a motion asking that he be permitted to file this action

21 without prepayment of the filing fee.  He references his application to proceed in forma pauperis.

22       Plaintiff's motion is DISREGARDED as the Court has already granted Plaintiff in forma

23 pauperis status.

24

25 IT IS SO ORDERED.

26   Dated:   __December 9, 2015__         __/s/ Dennis L. Beck__

27                          UNITED STATES MAGISTRATE JUDGE

28